JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. KONG, et al., | CV 20-05790 PA (JEMx) |
| Plaintiffs, | AMENDED JUDGMENT |
| v. | |
| TRADER JOE'S COMPANY, et al., | |
| Defendants. | |

Pursuant to this Court's November 30, 2020, Minute Order granting the Motion to Dismiss filed by defendants Trader Joe's Company, The Board of Directors of Trader Joe's Company and The Investment Committee ("Defendants") against plaintiffs Richard A. Kong, Robert A. Cruzalegui, Matthew W. Heiden, and Cashay L. Clayborn ("Plaintiffs"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs take nothing and that Defendants have their costs of suit.

DATED: December 2, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE