DAWN SESTITO (S.B. #214011)
dsestito@omm.com
CATALINA VERGARA (S.B. #223775)
cvergara@omm.com
NOAH ICKOWITZ (S.B. #318803)
nickowitz@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
18th Floor
Los Angeles, California 90071-2899
Telephone:  +1 213 430 6000
Facsimile:   +1 213 430 6407

Attorneys for Defendants
TRADER JOE'S COMPANY, THE
BOARD OF DIRECTORS OF TRADER
JOE'S COMPANY, and THE
INVESTMENT COMMITTEE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. KONG, ROBERT A. CRUZALEGUI, and CASHAY L. CLAYBORN individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRADER JOE'S COMPANY, THE BOARD OF DIRECTORS OF TRADER JOE'S COMPANY, THE INVESTMENT COMMITTEE, and JOHN DOES 1-30,<br><br>Defendants. | Case No. 2:20-cv-05790-PA-JEM<br><br>**ORDER REGARDING STIPULATION FOR AN ORDER DISMISSING THIS ACTION PURSUANT TO RULE 41(a)(1)(A)(ii)**<br><br>Judge:        Hon. Percy Anderson<br>Courtroom:  9A |

1  By stipulation of the parties and good cause having been shown, pursuant to
2  Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Court hereby
3  **DISMISSES WITH PREJUDICE** the individual claims of Plaintiffs Richard A.
4  Kong, Robert A. Cruzalegui, and Cashay L. Clayborn in their entirety in the above-
5  captioned matter, and **DISMISSES WITHOUT PREJUDICE** the class claims.
6  Each party is to bear their own costs and attorneys' fees.

**IT IS SO ORDERED**.

DATED: February 3, 2023

_____
Percy Anderson
United States District Judge

2

[PROPOSED] ORDER REGARDING STIPULATION FOR AN ORDER DISMISSING THIS ACTION PURSUANT TO RULE 41(a)(1)(A)(ii)
2:20-CV-05790-PA-JEM